## The People of the State of Illinois ex rel. Bessie Carter, Appellee, v. Lorin Ly Burtis, Appellant.

### Gen. No. 23,604.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. HOWARD HAYES, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed March 5, 1918. Rehearing denied March 18, 1918. *Certiorari* denied by Supreme Court (making opinion final).

### Statement of the Case.

Proceedings in bastardy by the People of the State of Illinois on the relation of Bessie Carter, plaintiff, against Lorin Ly Burtis, defendant. From a judgment on a finding of guilty, defendant appeals.

ELLIS & WESTBROOKS, for appellant; RICHARDS E. WESTBROOKS, of counsel.

MACLAY HOYNE, for appellee; EDWARD E. WILSON, of counsel.

MR. JUSTICE DEVER delivered the opinion of the court.

### Abstract of the Decision.

BASTARDS, § 16*—*when complaint may be amended after verdict.* A complaint under the Bastardy Act alleging that plaintiff was an unmarried female, was then pregnant with child, and that defendant was its father, was subject to amendment after a verdict finding plaintiff was an unmarried female, that she was on a certain date subsequent to the filing of the complaint delivered of a child born alive, and that defendant was the father thereof, and before judgment, by alleging, in addition to other allegations, such delivery, as the gravamen of the offense was that the defendant was the father of a child which, when born, would become a bastard.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.